# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JIMMY HARRIS                                                                                    PLAINTIFF

v.                                    NO. 5:06CV00159 SWW

MICHAEL J. ASTRUE, Commissioner                                          DEFENDANT
of the Social Security Administration

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, _de novo_ review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The complaint filed by plaintiff Jimmy Harris is dismissed, and all requested relief is denied. Judgment will be entered for Michael J. Astrue, the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 13th day of November, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE